herein and in accordance with the order of the Appellate Division appealed from herein?

" 3. Is the cause of action which plaintiffs seek permission to set up in their supplmental complaint to be served herein a proper one to join with the cause of action alleged against the original defendant?

" 4. Should the order of the Special Term of the Supreme Court, Westchester county, dated the 17th day of June, 1927, denying plaintiffs' motion have been reversed and should the motion of the plaintiffs have been granted? "

*Joseph Rosenzweig, Joseph H. Robins* and *David Tepp* for appellant.

*Clinton T. Taylor* and *James B. Stilson* for respondents.

Order of Appellate Division reversed and that of Special Term affirmed, with costs in this court and in the Appellate Division. Questions certified answered in the negative. Held, that the plaintiffs have failed to show any facts justifying or tending to justify the joinder of an additional party.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.

---

ROSENBLUM REALTY Co., INC., Appellant, *v.* HERMAN KNEPPER, Respondent, Impleaded with Another.

*Money had and received — duress — action to recover money paid to secure forbearance of threatened foreclosure of mortgage.*

*Rosenblum Realty Co., Inc.,* v. *Knepper,* 222 App. Div. 737, affirmed.

(Argued April 30, 1928; decided May 11, 1928.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 29, 1927, affirming a judgment in favor of defendant-respondent entered upon a dismissal of the complaint by the court at a Trial Term. The action was for money had and received alleged to have been

paid under duress. The complaint alleged that defendant-respondent was agent for one who held a mortgage on premises owned by plaintiff; that plaintiff mailed defendant-respondent a check for interest due but defendant-respondent claiming the interest had not been paid threatened foreclosure and demanded for forbearance the sum of one thousand dollars, which she paid in addition to legal interest.

*Louis Jay* for appellant.

*Joseph Rosenzweig* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* HERMAN GROSS, Appellant.

*Crimes — robbery in first degree as second offense — judgment of conviction affirmed.*

*People* v. *Gross*, 221 App. Div. 245, affirmed.

(Argued May 1, 1928; decided May 11, 1928.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 24, 1927, which affirmed a judgment of the Court of General Sessions of the county of New York rendered upon a verdict convicting the defendant of the crime of robbery in the first degree as a second offense.

*Leonard A. Snitkin* and *Louis H. Klugherz* for appellant.

*Joab H. Banton, District Attorney (Robert C. Taylor* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.